NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INTERNATIONAL TECHNOLOGIES AND
SYSTEMS CORPORATION, DBA ID TECH,**
*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA, INC.,**
*Defendants-Appellees*

---

2020-1077

---

Appeal from the United States District Court for the
Central District of California in No. 8:17-cv-01748-DOC-
JDE, Judge David O. Carter.

---

## JUDGMENT

---

JOHN D. HAYNES, Alston & Bird LLP, Atlanta, GA, ar-
gued for plaintiff-appellant.  Also represented by PATRICK
FLINN, HOLLY HAWKINS SAPORITO; JAMES ABE, Los Ange-
les, CA; DANIEL L. HUYNH, Morris, Manning & Martin,
LLP, Atlanta, GA.

RUFFIN B. CORDELL, Fish & Richardson PC, Washing-
ton, DC, argued for defendants-appellees.   Also

represented by CHRISTOPHER DRYER, MICHAEL J. MCKEON, MATTHEW MOSTELLER; FRANCIS J. ALBERT, San Diego, CA; CHRISTOPHER WOOD KENNERLY, Paul Hastings LLP, Palo Alto, CA; ELIZABETH BRANN, San Diego, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LINN and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 3, 2020 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |